IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 16 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

STEVEN FREDERICK LOTT,           §
                                 §
          Applicant,             §
                                 §
VS.                              §    NO. 4:08-CV-149-A
                                 §
NATHANIEL QUARTERMAN,            §
Director, Texas Department of    §
Criminal Justice,                §
Correctional Institutions        §
Division,                        §
                                 §
          Respondent.            §

O R D E R

Came on for consideration the above-captioned action wherein
Steven Frederick Lott is applicant and Nathaniel Quarterman,
Director, Texas Department of Criminal Justice, Correctional
Institutions Division, is respondent. This is an application for
writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On
December 19, 2008, the United States Magistrate Judge issued his
proposed findings, conclusions, and recommendation, and ordered
that the parties file objections, if any, thereto by January 9,
2009. Copies of the proposed findings, conclusions, and
recommendation were sent to applicant and respondent. No
objections have been timely filed. After thoroughly considering
the record and applicable authorities, the court accepts the

proposed findings, conclusions, and recommendation of the United

States Magistrate Judge.  Therefore,

The court ORDERS that the application be, and is hereby,

denied.

SIGNED January 16, 2009.

_____
JOHN McBRYDE
United States District Judge